IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ZEYEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>    Defendant | No. C-10-2753 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed June 23, 2010, the parties and counsel were ordered to hold, no later than October 1, 2010, a joint inspection of the premises at issue herein. (See Scheduling Order for Cases Asserting Denial Of Right to Access Under ADA.) Further, plaintiff was ordered to file a Notice of Need for Mediation no later than 45 days after the joint site inspection. (See id.) To date, plaintiff has not filed a Notice of Need for Mediation or submitted any other filing in the matter.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 21, 2010, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiff files a Notice of Need for Mediation by December 21, 2010, this order will be discharged.

**IT IS SO ORDERED.**

Dated: December 7, 2010

MAXINE M. CHESNEY
United States District Judge