1  AMY CARLSON (CA Bar No. 213294)
   WILLIAMS, PINELLI & CULLEN, LLP
2  110 North Third Street
   San Jose, California 95112
3  Telephone:   (408) 288-3868
   Facsimile:   (408) 288-3860
4
   Attorneys for Plaintiff
5  RANDY ZEYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| RANDY ZEYEN, | CASE NO. CV-10-02753 MMC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 |
| v. | |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, and DOES 1-50, inclusive. | |
| Defendants. | |

After consideration of the stipulation, IT IS HEREBY ORDERED that the Stipulation for administrative relief is GRANTED and a Case Management Conference will be scheduled for **July 29, 2011** at <u>10:30 a.m.</u>, at 450 Golden Gate Ave. Courtroom 7, 19th Floor, San Francisco, California. A Joint Case Managment Statement shall be filed no later than July 22, 2011.

Dated: ~~June 3, 2011~~
       June 23, 2011

By: _____
    HON. MAXINE M. CHESNEY

- 1 -