**KAMALA D. HARRIS**
*Attorney General*

**State of California**
***DEPARTMENT OF JUSTICE***



1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public: (510) 622-2100
Telephone: (510) 622-2148
Facsimile: (510) 622-2121
E-Mail: David.Pai@doj.ca.gov

May 17, 2012

VIA MESSENGER AND E-FILED
Hon. Jacqueline Scott Corley
United States Magistrate Judge
Northern District of California
San Francisco
United States District Court
Phillip Burton United States Courthouse
Courtroom F
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102-3434

RE: RANDY ZEYEN v. CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, and DOES 1-50, inclusive,
<u>United States District Court, Northern District of California, Case No. CV10-02753 MMC</u>

Dear Hon. Corley:

  Pursuant to your standing orders on settlement conferences, defendant DMV requests that its representative, Rosemarie Ruggieri, be allowed to appear by telephone rather than by personal appearance on May 23, 2012 at the scheduled mandatory settlement conference for the above-entitled matter. Ms. Ruggieri lives and works in Sacramento, California, and the time required for her to travel to San Francisco on that day would cause great hardship on her child care needs. The parties have met and conferred and plaintiff, through his counsel, has no objection to this request.

              Sincerely,

              /s
              DAVID PAI
              Deputy Attorney General

        For  KAMALA D. HARRIS
           Attorney General

Northern District of California
May 17, 2012
Page 2

DP:

cc: R. Ruggieri, Department of Motor Vehicles
Ed Cullen, Esq.

OK2010900142
90246527.doc

Dated: May 18, 2012

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA