United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    RANDY ZEYEN,                            No. C 10-2753 MMC

12              Plaintiff,                     **ORDER OF DISMISSAL**

13        v.

14    CALIFORNIA DEPARTMENT OF MOTOR
      VEHICLES, and DOES 1-50, inclusive,
15
                Defendants.
16
      _____/
17

18        The parties having advised the Court that they have agreed to a settlement of the

19    above-titled action,

20        IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice;

21    provided, however, that if any party hereto shall certify to this Court, within ninety days, with

22    proof of service of a copy thereon on opposing counsel, that the agreed consideration for

23    the settlement has not been delivered, the foregoing order shall stand vacated and the

24    action shall forthwith be restored to the calendar for further proceedings as appropriate.

25        **IT IS SO ORDERED.**

26
      Dated: May 23, 2012                     _____
27                                            MAXINE M. CHESNEY
                                              United States District Judge
28